Betsy STULL and Molly Nelson, Petitioners

v.

ARMSTRONG GAS COMPANY, LLC; EXCO Resources (PA), LLC, Assignee; Mary Jo Smail, Della Kathy Marcinek, Robert W. Lambing, Patricia L. Bush, Gail Y. Turner, Gloria J. Walker, and Arthur W. Bush, Respondents

No. 67 WAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

HIGHMARK, INC., and Keystone Health Plan West, Inc., Respondents

v.

UPMC, UPMC Bedford, UPMC East, UPMC Horizon, UPMC McKeesport, UPMC Northwest, UPMC Passavant, UPMC Presbyterian–Shadyside, Magee Womens–Hospital of UPMC, Hematology Oncology Association, Oncology–Hematology Association, Inc., and Sewickley Medical Oncology Hematology Group–UPCI, Petitioners

No. 99 WAL 2017

Supreme Court of Pennsylvania.

July 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of July, 2017, the Petition for Allowance of Appeal is DENIED.